IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GREAT MIDWEST INSURANCE COMPANY,**

      **Plaintiff,**

    v.                                                             Civil Action No. 3:23-cv-680

**WB CONTRACTING GROUP, INC.,** *et al.*,

      **Defendants.**

## ORDER

This matter comes before the Court on Plaintiff Great Midwest Insurance Company's ("GMIC") Withdrawal of Request for Entry of Default as to WB Contracting Group, Inc. and Response to Order to Show Cause (the "Motion to Withdraw"). (ECF No. 17.)

On December 5, 2023, GMIC filed a Request for Entry of Default, along with a supporting affidavit, moving for entry of default against Defendants Alisa Bigger and WB Contracting Group, Inc. (the "Request for Entry of Default"). (ECF Nos. 13, 13-1.) On December 22, 2023, "[t]he Court observe[d] that a judgment against Defendant WB Contract Group, Inc. *may* in effect be a judgment against Mr. Bigger. Accordingly, it may be appropriate to extend the protections of the automatic stay to this Defendant." (ECF No. 15, at 2 (emphasis in original).) Thus, the Court ordered GMIC "to show cause by January 11, 2024 as to why this action should not also be stayed against Defendant WB Contracting Group, Inc." (ECF No. 15, at 3.)

On January 10, 2024, GMIC timely responded to the Court's December 22 Order through its Motion to Withdraw. (ECF No. 17.) In the Motion to Withdraw, GMIC "withdraws its Request for Entry of Default as to [D]efendant WB Contracting Group, Inc." on the basis "that it

has insufficient information regarding the relationship between WB Contracting Group, Inc. and William Bigger due, in part, to the postponement of the Meeting of Creditors in *In re: William Alfred Bigger, Jr.* (Bankr. E. D. Va.) No. 23-34043." (ECF No. 17, at 1.) "GMIC asks that the withdrawal be considered without prejudice to renewal of the Request for Entry of Default should pertinent information be discovered over the course of the Bankruptcy proceedings." (ECF No. 17, at 1.)

Upon due consideration, and for good cause shown, the Court GRANTS the Motion to Withdraw. (ECF No. 17.) The Request for Entry of Default is deemed WITHDRAWN WITHOUT PREJUDICE as to Defendant WB Contracting Group Inc.

It is SO ORDERED.

Date: 1/23/24  
Richmond, Virginia

/s/  
M. Hannah Lauck  
United States District Judge