IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GREAT MIDWEST INSURANCE
COMPANY,**

          **Plaintiff,**

    **v.**

**WB CONTRACTING GROUP, INC.,** *et al.,*

          **Defendants.**

**Civil Action No. 3:23cv680**

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS

Plaintiff Great Midwest Insurance Company's Motion for Judgment by Default (the "Motion")

against Defendant Alisa Bigger.  (ECF No. 19.)

1.     The Court ORDERS that default judgment shall be entered against Defendant Alisa Bigger.

2.     The Court ORDERS Ms. Bigger to pay Plaintiff $600,163.10 in damages and $8,277.00 in legal fees and costs.

3.     Ms. Bigger is ORDERED to pay Plaintiff prejudgment interest on $600,163.10 at an annual rate of six percent from October 20, 2023 until the date of this Order, as well as post-judgment interest to be calculated in accordance with 28 U.S.C. § 1961 and accruing from the date of this Order.

The Court does not grant leave to amend, rendering this order final and appealable.  *See*

*Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (holding that an order dismissing a case without

leave to amend is final and appealable).  Ms. Bigger is advised that she has the right to appeal the

decision of the Court.  Should she wish to do so, written notice of appeal must be filed with the

Clerk of the Court within thirty (30) days of the date of entry hereof.  Failure to file a written

notice of appeal may result in the loss of the right to appeal.

The Clerk of the Court is DIRECTED to send a copy of the accompanying Memorandum

Opinion and this Order to all counsel of record and to Ms. Bigger at the address listed in her

executed Summons.  (ECF No. 10.)

It is SO ORDERED.

Date: 8/14/24
Richmond, Virginia

_____ /s/
M. Hannah Lauck
United States District Judge

2